FILED

07/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0508

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0508

_____

B.D., a minor, by and through her parents and
guardians ad litem, JASON and KELLY DEMING
and JASON DEMING  and KELLY DEMING,
Individually,

      Plaintiffs and Appellees,

v.

MARK HIRAM DEMING,

      Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Mark Hiram Deming, to all counsel of record, and to the Honorable Olivia C. Rieger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 1 2020